IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHARIFF MILLER,

    Petitioner,

v.

R D KEYES,

    Respondent.

ORDER

Case No. 23-cv-488-wmc

On July 13, 2023, petitioner Shariff Miller filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Unites States District Court for the Northern District of Illinois. On July 17, 2023, the Northern District of Illinois transferred petitioner's case to the United States District Court for the Eastern District of Wisconsin. On July 19, 2023, the Eastern District of Wisconsin transferred petitioner's case to the Western District of Wisconsin, which is now pending in this court as case no. 23-cv-488-wmc.

It appears that petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 9, 2023. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 19, 2023 through the date of the petition, July 19, 2023.

ORDER

IT IS ORDERED that:

1. Petitioner Shariff Miller may have until August 9, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 9, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 19th day of July, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge