IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHARIFF MILLER,

    Petitioner,

v.

R D KEYES,

    Respondent.

ORDER

Case No. 23-cv-488-wmc

---

On July 19, 2023, I entered an order giving petitioner Shariff Miller until August 9, 2023 to either submit the $5 fee or a motion to proceed without prepaying the filing fee along with an inmate account statement in support of the motion. Dkt. 9. On August 8, petitioner filed a motion for leave to proceed without prepaying the filing fee. DKt. 11. However, petitioner says he has been unable to submit an inmate account statement. Dkts. 10, 12 and 13. Petitioner mentions that he has attempted to reach out to family to submit the $5 fee on his behalf, though petitioner is not certain if family has submitted the fee or will do so soon. Accordingly, I will give petitioner an extension of time until September 8, 2023, to either submit the $5 filing fee or an inmate account statement in support of his motion for leave to proceed without prepaying the fee.

ORDER

IT IS ORDERED that:

    1.    Petitioner Shariff Miller may have until September 8, 2023, to pay the $5 filing fee or submit an inmate account statement in support of his motion for leave to proceed without prepaying the filing fee.

2. If petitioner does not submit either the $5 payment or an inmate account statement, or show cause for his failure to do so, before September 8, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 10th day of August, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge